**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| JESSE R. REYES, | |
| | CASE NO. 19-31544 |
| DEBTOR | JUDGE: LaShonda A Hunt |

### NOTICE OF MOTION

**Notified via Electronic Filing**
U.S. Trustee, 219 S Dearborn St, Room 873, Chicago, IL 60604
Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532
Briana Czajka, Geraci Law L.L.C., 55 E. Monroe St. #3400, Chicago, IL 60603
**Notified via US Postal Service**
Jesse R Reyes, 7217 Waterman Ct, Plainfield, IL 60586

Please take notice that on April 2, 2021 at the hour of 10:15 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge LaShonda A Hunt or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion.  At that time and place you may attend if you so choose.

**This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted.  To appear and be heard telephonically on the motion, you must call in to the hearing using the following information—Toll Free Number: 1-888-557-8511; Access Code: 7490911.**

**If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.**

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be served upon the following:

      Respectfully Submitted,

      __/s/ Michael N. Burke_____
      Richard B. Aronow  3123969
      Michael N. Burke  6291435
      Mike Kalkowski  6185654
      LOGS Legal Group LLP
      2121 Waukegan Road, Suite 301
      Bannockburn, IL 60015
      (847) 291-1717
      Attorneys for Movant
      21-094473

**Notified via Electronic Filing**
U.S. Trustee , 219 S Dearborn St, Room 873, Chicago, IL 60604
Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532
Briana Czajka, Geraci Law L.L.C., 55 E. Monroe St. #3400, Chicago, IL 60603

**Notified via US Postal Service**
Jesse R Reyes, 7217 Waterman Ct, Plainfield, IL 60586

**The firm of LOGS Legal Group LLP is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| JESSE R. REYES, | |
| | CASE NO. 19-31544 |
| DEBTOR | JUDGE: LaShonda A Hunt |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE DISMISSAL OF THE CASE**

NOW COMES the Movant, MIDFIRST BANK, by and through its attorneys, LOGS Legal Group LLP, and states as follows:

1. On November 5, 2019, the above-named Debtor filed a Petition pursuant to 11 USC § 1301, et. seq. and a Plan which confirmed on January 17, 2020.

2. A material term of said plan called for the Debtor to make post-petition monthly mortgage payments directly to the Movant commencing with the installment that came due on December 1, 2019.

3. Notwithstanding said material term, said post-petition mortgage payments are in default in the amount of $10,104.74 through March 4, 2021:

| | | |
|---|---|---:|
| 11/1/2020 - 1/1/2021 monthly payments at $1,804.01 each | = $ | 5,412.03 |
| 2/1/2021 - 3/1/2021 monthly payments at $1,839.78 each | = $ | 3,679.56 |
| Suspense balance | = $ | (24.85) |
| Bankruptcy MFR court cost | = $ | 188.00 |
| Bankruptcy Attorneys' fees | = $ | 850.00 |
| TOTAL | = $ | 10,104.74 |

4. By failing to make current mortgage payments, the Debtor had failed to provide the Movant with adequate protection for its security, contrary to the requirements of the Bankruptcy Code.

5.  That the Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

6.  This failure constitutes a material default entitling Movant to relief pursuant to 11 U.S.C. §362(d).

7.  For the reasons set forth above, it would be inequitable to delay the enforcement of any order modifying the automatic stay with respect to the Movant.

WHEREFORE, MIDFIRST BANK, moves this Honorable Court to modify the automatic stay to allow MIDFIRST BANK to foreclose the mortgage on the property located at: 7217 Waterman Dr, Plainfield, IL 60586 or to permit MidFirst Bank to exercise all rights and remedies with respect to the property pursuant to the note, security instrument, and applicable non-bankruptcy law including loss mitigation and foreclosure related activities; that the unpaid portion of any proof of claim or stipulation calling for payment of the debt secured by that mortgage be withdrawn for purposed of these proceedings only and that Federal Bankruptcy Rule 4001(a)(3) be waived or dismiss the case.

Respectfully submitted,

 /s/ Michael N. Burke
Attorney for MIDFIRST BANK

Richard B. Aronow  3123969
Michael N. Burke  6291435
Mike Kalkowski  6185654
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
21-094473

**The firm of LOGS Legal Group LLP is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**