UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:　　　　　　　　　　　　　　　　　)　　　BK No.:　19-31544
Jesse Reyes　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　　Chapter: 13
　　　　　　　　　　　　　　　　　　　)　　　Honorable LaShonda Hunt
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　　Joliet
　　　　　　Debtor(s)　　　　　　　　　)

**ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN**

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED AS FOLLOWS:

1. Arrears are deferred to the end of the plan term.
2. The plan base is reduced to $97,916.27.

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: March 04, 2022

**Prepared by:**

Briana Czajka
Geraci Law, LLC
55 E. Monroe, Suite 3400
Chicago, IL 60603